■ In the Matter of THERESA SALERNO, Respondent, v ROBERT SALERNO, Appellant. [751 NYS2d 794] —In a child custody proceeding pursuant to Family Court Act article 6, the father appeals from an order of the Family Court, Kings County

(Weinstein, J.), dated December 5, 2001, which granted the mother's postdisposition application for an attorney's fee and expert fee in the sum of $11,577.

Ordered that the order is affirmed, with costs.

The Family Court providently exercised its discretion in awarding the mother the full cost of the expert's fee and a percentage of her reasonable attorney's fee, considering the parties' disparate incomes and the fact that some of the mother's fees were incurred because of the father's dilatory tactics (*see O'Shea v O'Shea,* 93 NY2d 187; *Krigsman v Krigsman,* 288 AD2d 189).

The appellant's remaining contentions are without merit. Altman, J.P., S. Miller, Adams and Mastro, JJ., concur.